# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREGORY SALLIS,

        Petitioner,        Case No. 03-C-655
                                            98-CR-60

    v.

UNITED STATES OF AMERICA,

        Respondent.

## OPINION AND ORDER

        The court ORDERS that Gregory Sallis' "Motion for Permission to Appeal in Forma Pauperis" (filed May 10, 2005) IS DENIED. The court has denied Sallis a certificate of appealability. See Order of April 15, 2005).

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 11th day of May, 2005.

                                              s/ Thomas J. Curran
                                              Thomas J. Curran
                                              United States District Judge